UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CARY COSGROVE, | Case No. 25-11159 |
| Plaintiff, | Mark A. Goldsmith |
| v. | United States District Judge |
| RASCO, *et al.*, | Curtis Ivy, Jr. |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**ORDER ON REPORT AND RECOMMENDATION AND
PLAINTIFF'S MOTION FOR ORDER (ECF Nos. 17, 18)**

On September 26, 2025, the Court issued a Report and Recommendation recommending dismissal of Plaintiff Cary Cosgrove's complaint for failure to update his address and respond to the Court's Order. (ECF Nos. 15, 17). On December 15, 2025, Plaintiff uploaded a Notice of Change of Address/Contact Information that provided an updated address. (ECF No. 18). In light of the notice, it is **ORDERED** that the Court's *Report and Recommendation to Dismiss Under Rule 41(b)* (ECF NO. 17) is hereby **RESCINDED**. Plaintiff is reminded, however, that it is his responsibility to timely update the Court of any change in his mailing address, and the failure to do so could result in the dismissal of his complaint. The Clerk of Court is **DIRECTED** to mail copies, to Plaintiff's

updated address, of all orders (ECF Nos. 10, 11, 15, 17) that were previously returned as undeliverable. (*See* ECF Nos. 13, 14, 16, 21).

Plaintiff also filed a *Motion for Order* (ECF No. 18) requesting that the Court order Defendants to file an Answer. On June 30, 2025, Defendants filed their Answer to Plaintiff's complaint. (ECF No. 9). As discussed, Plaintiff failed to timely update his address with the Court, which resulted in several mailings being returned as undeliverable. (*See* ECF Nos. 13, 14, 16, 21). Accordingly, it is **ORDERED** that Plaintiff's *Motion for Order* (ECF No. 18) is **DENIED as MOOT**. It is further **ORDERED** that Defendants shall mail a copy of their June 30, 2025, Answer to Plaintiff's updated address within 14 days of the date of this order and then file a certificate of service with the Court.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in

effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich.

Local Rule 72.2.

Date: December 31, 2025						s/Curtis Ivy, Jr.
								Curtis Ivy, Jr.
								United States Magistrate Judge

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 31, 2025, by electronic means and/or ordinary mail.

								s/Sara Krause
								Case Manager
								(810) 341-7850

3